*O. P. Soares* for the petition.

TERRITORY *v.* SHIZUICHI YAMAMOTO.

NO. 2751.

TERRITORY *v.* SEIICHI MASUDA.

NO. 2752.

TERRITORY *v.* KICHIBEI SUEDA.

NO. 2753.

FILED NOVEMBER 17, 1952.        DECIDED DECEMBER 3, 1952.

TOWSE, C. J., LE BARON, J., AND CIRCUIT JUDGE BROWN
IN PLACE OF STAINBACK, J., DISQUALIFIED.

*Per Curiam.* The grounds of the petition for rehearing

of the three above-captioned causes assert that the court erred in its findings upon three issues, all of which were briefed and argued by counsel and were fully considered and determined in the court's opinion at page 556 *ante*.

Petition denied without argument.

*E. N. Sylva* and *King & McGregor* for the petition.